UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

SHAWNA TICKLES

CRIMINAL ACTION

NO. 09-106-JJB

**RULING AND ORDER**

This matter is before the Court on Defendant's motion (doc. 53) to authenticate the audio recording. The government filed an opposition. (Doc. 61). For the following reasons, Defendant's motion is DENIED as MOOT.

The party seeking to introduce an audio recording bears the burden of authenticating the recording. *United States v. Buchanan,* 70 F.3d 818, 827 (5th Cir. 1996). Because the government does not intend to introduce the audio recording in its case-in-chief, there is no need to authenticate the recording at this time. Should the government offer the evidence, the Court will require authentication at that time.

Signed in Baton Rouge, Louisiana, this 30th day of October.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1